JET CONSTRUCTION CO., INC. v. PRISMATIC
DEVELOPMENT CORPORATION.

September 5, 1986.

Petition for certification denied.

IN THE MATTER OF NANCY ELLEN JOBES.

September 5, 1986.

Certification to the Superior Court, Chancery Division, Morris
County is granted. (See 210 *N.J.Super.* 543)

STATE OF NEW JERSEY v. PAUL MICHAEL CURRY.

September 5, 1986.

Leave to appeal granted.

BRAM HOLLOW DEVELOPMENT CORPORATION v.
JOSEPH PALLADINO.

September 5, 1986.

Leave to appeal is granted, and the matter is summarily
remanded to the Appellate Division for its consideration of the
merits of the appeal.

Jurisdiction is not retained.